IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) C.A. No. 22-102-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff PureWick Corporation, by and through its undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings on Sage Products, LLC's Fourth Affirmative Defense of invalidity, Sixth Affirmative Defense of unenforceability, and Twelfth Affirmative Defense of inequitable conduct. The grounds for the motion are set forth in Plaintiff's Opening Brief In Support Of Its Motion For Judgment On The Pleadings.

NOW, THEREFORE, Plaintiff PureWick Corporation respectfully requests the Court to enter the attached order granting this motion.

| | |
|---|---|
| OF COUNSEL:<br>Steven C. Cherny<br>Raymond Nimrod<br>Brian P. Biddinger<br>Matthew A. Traupman<br>Nicola R. Felice<br>Jason C. Williams<br>Bianca Fox<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>Dated: June 17, 2022 | /s/ John W. Shaw<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for PureWick Corporation* |