# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-102-MN-JLH |
| ) | |
| SAGE PRODUCTS, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTES

Pursuant to D.I. 47, PureWick and Sage respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Sage's Motion to compel PureWick communications with inventors Camille and Ray Newton and documents related to PureWick's failure to preserve PureWick's email/document server.

- PureWick's Motion for a protective order to preclude Sage from pursuing third-party subpoenas seeking discovery on issues that are barred by collateral estoppel and/or res judicata.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confer teleconferences on November 8, 2022 (regarding Sage's motion), November 23, 2022 (regarding Sage's motion) and December 13, 2022 (regarding PureWick's and Sage's motion).

Delaware Counsel:

- Plaintiff: Andrew E. Russell, Shaw Keller LLP (November 8, 2022); John W. Shaw, Shaw Keller LLP (November 23, 2022 and December 13, 2022)

- Defendant: Samantha G. Wilson, Young Conaway Stargatt & Taylor, LLP

Lead Counsel:

- Plaintiff: Nicola R. Felice and Jason C. Williams, Quinn Emanuel Urquhart & Sullivan, LLP

- Defendant: Christopher M. Scharff and Ryan J. Pianetto, McAndrews, Held & Malloy, Ltd.

The parties are available for a teleconference on the following dates: January 4-6, 2023.

Dated:  December 19, 2022

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ John W. Shaw | /s/ Anne Shea Gaza |
| John W. Shaw (No. 3362) | Anne Shea Gaza (No. 4093) |
| Andrew E. Russell (No. 5382) | Samantha G. Wilson (No. 5816) |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| jshaw@shawkeller.com | (302) 571-6600 |
| arussell@shawkeller.com | agaza@ycst.com |
| | swilson@ycst.com |
| *Attorneys for PureWick Corporation* | *Attorneys for Sage Products, LLC* |