IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-102-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Plaintiff PureWick Corporation moves for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order").  In support of this Motion, Plaintiff states as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals.  Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. Trial is scheduled to begin on February 26, 2024 and end on March 1, 2024.  A pre-trial conference is scheduled for February 20, 2024 at 2:00PM.  At the pre-trial conference, the parties anticipate scheduling a time to conduct their courtroom setup for the trial.

3. The following individuals intend to appear at the pre-trial conference and/or trial and require access to their electronic devices, but do not have a state issued bar card or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

**Paralegals/Trial Assistants**

Matthew Maleski (Quinn Emanuel Urquhart & Sullivan, LLP Paralegal)
Rubab Hyder (Quinn Emanuel Urquhart & Sullivan, LLP Paralegal)
Sha Londa Balderama (Quinn Emanuel Urquhart & Sullivan, LLP Paralegal)
Henry Nwatu (Quinn Emanuel Urquhart & Sullivan, LLP IT technician)

**Witnesses**

John Collins (Plaintiff's expert)
Lauren Kindler (Plaintiff's expert)
Edward Yun (Plaintiff's expert)
Arrigo Jezzi (Plaintiff's expert)
Camille Newton (Plaintiff's fact witness)

**Clients and Consultants**

Scott Rittman (Plaintiff's In-House Legal Counsel)
Jeanne Lukasavage (Plaintiff's In-House Legal Counsel)
Karl Reed (Trial Graphix)
Nathan Petersen (Trial Graphix)
Tom Bingel (Trial Graphix)

**Attorneys**

Steve Cherny (Quinn Emanuel Urquhart & Sullivan, LLP Partner)
Dave Nelson (Quinn Emanuel Urquhart & Sullivan, LLP Partner)
Immanuel Foster (Quinn Emanuel Urquhart & Sullivan, LLP Associate)
Nicola Felice (Quinn Emanuel Urquhart & Sullivan, LLP Associate)

PureWick Corporation respectfully requests that the Court enter the attached proposed order exempting the above-listed individuals from the May 15, 2023 Standing Order.

<table>
<tr><td>

OF COUNSEL:
Steven C. Cherny
Raymond Nimrod
Brian P. Biddinger
Matthew A. Traupman
Nicola R. Felice
Jason C. Williams
Bianca Fox
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000

David A. Nelson
Brianne M. Straka
QUINN EMANUEL URQUHART
& SULLIVAN LLP
191 N. Wacker Drive, Suite 2700,
Chicago, Illinois 60606
(312) 705-7400

Jared W. Newton
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
1300 I Street NW, 9th Floor
Washington, DC 20005
(202) 538-8108

John Yang
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
3100 McKinnon St, Suite 1125
Dallas, TX 75201
(469) 902-3616

Dated: February 16, 2024

</td><td>

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

</td></tr>
</table>