IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-102-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered Defendants' Motion requesting an exemption of persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1. The Exemption is GRANTED.

2. For purposes of the February 20, 2024 Pretrial Conference, the Trial scheduled to start on February 26, 2024 and last through March 1, 2024, and related courtroom setup in the above captioned case, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

**Paralegals/Trial Assistants**

Matthew Maleski (Quinn Emanuel Urquhart & Sullivan, LLP Paralegal)
Rubab Hyder (Quinn Emanuel Urquhart & Sullivan, LLP Paralegal)
Sha Londa Balderama (Quinn Emanuel Urquhart & Sullivan, LLP Paralegal)
Henry Nwatu (Quinn Emanuel Urquhart & Sullivan, LLP IT technician)

**Witnesses**

John Collins (Plaintiff's expert)
Lauren Kindler (Plaintiff's expert)
Edward Yun (Plaintiff's expert)
Arrigo Jezzi (Plaintiff's expert)
Camille Newton (Plaintiff's fact witness)

**Clients and Consultants**

Scott Rittman (Plaintiff's In-House Legal Counsel)
Jeanne Lukasavage (Plaintiff's In-House Legal Counsel)
Karl Reed (Trial Graphix)
Nathan Petersen (Trial Graphix)
Tom Bingel (Trial Graphix)

**Attorneys**

Steve Cherny (Quinn Emanuel Urquhart & Sullivan, LLP Partner)
Dave Nelson (Quinn Emanuel Urquhart & Sullivan, LLP Partner)
Immanuel Foster (Quinn Emanuel Urquhart & Sullivan, LLP Associate)
Nicola Felice (Quinn Emanuel Urquhart & Sullivan, LLP Associate)

       IT IS SO ORDERED this _____ day of _____, 2024.

                                                      _____
                                                      The Honorable Maryellen Noreika
                                                      United States District Judge